# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-5492
_____

LARRY ROY SUGGS,

    Appellant,

v.

U.S. BANK NATIONAL
ASSOCIATION, as Trustee
for the Certificateholders
of Citigroup Mortgage
Loan Trust, Inc., Asset-
Backed Pass-Through
Certificates Series 2007-
AHL2,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge.

June 7, 2018

PER CURIAM.

    AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mitch Dever, Panama City Beach, for Appellant.

Christine Irwin Parrish and Gennifer L. Bridges of Burr & Forman, LLP, Orlando, for Appellee.